IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| EDWARD THOMAS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
| v. | ) | 2:14cv1052-MHT |
| | ) | (WO) |
| CITY OF MONTGOMERY, | ) | |
| ALABAMA (as a body politic | ) | |
| and municipality of the | ) | |
| State of Alabama), | ) | |
| | ) | |
| Defendant. | ) | |

ORDER

Because counsel has appeared for plaintiff (doc. no. 23), it is ORDERED that the order referring this case to a magistrate judge (doc. no. 4) is dissolved.

DONE, this the 29th day of May, 2015.

/s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE