IN THE DISTRICT COURT OF THE UNITED STATES FOR THE
MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| EDWARD THOMAS, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) ) | CIVIL ACTION NO. 2:14cv1052-MHT (WO) |
| CITY OF MONTGOMERY, | ) ) | |
| Defendant. | ) | |

## OPINION

Plaintiff filed this lawsuit asserting claims of racial discrimination and retaliation. This lawsuit is now before the court on the recommendation of the United States Magistrate Judge that plaintiff's motion to dismiss this case be granted. There are no objections to the recommendation. After an independent and de novo review of the record, the court concludes that the magistrate judge's recommendation should be adopted. An appropriate judgment will be entered.

DONE, this the 16th day of May, 2017.

                               /s/ Myron H. Thompson
                               UNITED STATES DISTRICT JUDGE